# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN CLINE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>　　　　　Defendants. | No. CV 22-2335-MWF(KSx)<br><br>**ORDER GRANTING STIPULATION AND REQUEST FOR STAY**<br><br>**Date Action Filed: April 7, 2022**<br>**Trial Date: TBD** |

**ORDER**

Having considered the parties' Joint Stipulation and Request for Stay (Docket No. 77), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The litigation in this matter is STAYED and all dates previously scheduled by this Court are VACATED; and

2. The parties shall file a status report with the Court by April 21, 2025.  If the parties do not report continued progress toward settlement, the status report must contain proposed revised litigation dates for this matter.

    a. If the parties have reached or are close to a class settlement, the status report shall include a proposed schedule for the class settlement approval process consistent with Rule 23 of the Federal Rules of Civil Procedure.

    b. If the parties are at an impasse, the status report shall propose new litigation dates for this matter.

IT IS SO ORDERED.

Dated:  February 25, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge