AUTUMN M. ELLIOTT (SBN 230043)
autumn@elliottimpact.com
LAW OFFICE OF AUTUMN ELLIOTT
325 N. Larchmont Blvd., Ste 307
Los Angeles, CA 90004
Telephone: (213)500-9454

ALEXANDRA ROBERTSON (SBN 298637)
alexandra.robertson@disabilityrightsca.org
S. LYNN MARTINEZ (SBN 164406)
lynn.martinez@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA  90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

*Attorneys for Plaintiff*
(Additional Counsel listed on next page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN CLINE, | Case No.: 2:22-cv-02335-MWF-KS |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | Date Action Filed: April 7, 2022 |
| | Trial Date: TBD |
| WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT, | |
| Defendants. | |

Additional counsel continued from previous page:

AARON J. FISCHER (SBN 247391)
ajf@aaronfischerlaw.com
LAW OFFICE OF AARON J. FISCHER
1400 Shattuck Avenue, Suite 12-#344
Berkeley, CA 94709
Telephone: (510) 806-7366
Fax: (510) 694-6314

SHAWNA PARKS (SBN 208301)
sparks@dralegal.org
AMELIA EVARD (SBN 341940)
Disability Rights Advocates
2001 Center Street, 3rd Floor
Berkeley, CA 94704
Telephone: (510) 665-8644

ERIN GALLAGHER (*pro hac vice*)
egallagher@dralegal.org
Disability Rights Advocates
655 Third Avenue, Suite 2619
New York, NY 10017
Telephone: (212) 644-8644
Fax: (212) 644-8636
*Attorney for Plaintiffs*

CYNTHIA M. GERMANO, Bar No. 151360
cynthia.germano@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, 5th Floor
P.O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

*Attorneys for Defendants*

Pursuant to the Court's February 25, 2025 Order (Dkt. No. 78), Plaintiff Robin Cline and Defendants West Los Angeles College and the Los Angeles Community College District (collectively, "the Parties") submit a joint status report regarding their progress towards settling this matter:

1. Plaintiff provided Defendants with a draft settlement agreement on February 27, 2025 addressing all issues other than the amount of attorneys' fees and costs.

2. The Parties met with mediator Hon. Margaret A. Nagle (ret.) via videoconference on April 7, 2025 to discuss the issue of attorneys' fees and costs in the related *Guerra* case. After conferring with all parties, Judge Nagle recommended that the Parties adjourn the mediation and reserve seven hours to reconvene at a later date to allow the Parties to discuss the matters of attorneys' fees and costs for this and for the related *Guerra* case on the same date. The Parties accepted Judge Nagle's recommendation and adjourned the mediation.

3. Defendants anticipate that they will be able to share their proposed revisions to the draft settlement agreement with Plaintiff by May 2, 2025.

4. The Parties' intention is to reconvene with Judge Nagle to resolve the issue of attorneys' fees and costs in *Cline* after all other aspects of the settlement have been resolved, and to address attorneys' fees and costs for the *Guerra* and *Cline* cases on the same day.

5. The Parties anticipate that the LACCD Board will be able to review for approval any settlement terms at its June 11, 2025 meeting.

Good cause therefore exists for staying the litigation in this case in order to ensure efficiency and effective use of the parties' and the Court's resources.

The Court has previously ordered a stay of the litigation on February 25, 2025. Dkt. No. 78. In light of the foregoing, the parties respectfully request that the Court continue to stay the litigation in this case.

The parties further request that the Court require the parties to submit a status report by June 16, 2025. The parties will report on the status of settlement discussions, propose a schedule for class settlement approval proceedings (if appropriate), or propose new litigation dates for this matter on that date.

Respectfully submitted,

DATED: 4/21//2025              LAW OFFICE OF AUTUMN ELLIOTT

/s/ Autumn M. Elliott
Autumn M. Elliott

DISABILITY RIGHTS CALIFORNIA

/s/ Alexandra Robertson
Alexandra Robertson
S. Lynn Martinez

LAW OFFICE OF AARON J. FISCHER

/s/ Aaron J. Fischer
Aaron J. Fischer

DISABILITY RIGHTS ADVOCATES

/s/ Erin Gallagher
Shawna Parks
Erin Gallagher
Amelia Evard

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 4/21/2025 | BEST BEST & KRIEGER, LLP |
| 3 | | |
| 4 | | */s/ Cynthia Germano*<br>Cynthia Germano |
| 5 | | |
| 6 | | *Attorneys for Defendants* |

### Attestation re: Signatures of Registered CM/ECF Filers

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Autumn M. Elliott, as the filer of the joint statement, attest that all other signatories listed on these signature pages, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: 4/21//2025                    LAW OFFICE OF AUTUMN ELLIOTT

*/s/ Autumn M. Elliott*
Autumn M. Elliott