# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN CLINE,<br><br>     Plaintiff,<br><br>    v.<br><br>WEST LOS ANGELES COLLEGE, et al.,<br><br>     Defendants. | Case No. CV 22-2335-MWF(KSx)<br><br>ORDER GRANTING REQUEST FOR STAY |

The Court has reviewed the parties' Joint Status Report, filed April 21, 2025. (Docket No. 80). For good cause shown, the Court ORDERS as follows:

1. The litigation in this matter continues to be stayed.
2. The parties shall file a Joint Status Report no later than **June 16, 2025**.
   a. If the parties have reached or are close to a class settlement, the status report shall include a proposed schedule for the class settlement approval process consistent with Rule 23 of the Federal Rules of Civil Procedure.
   b. If the parties are at an impasse, the status report shall propose new litigation dates for this matter.

**IT IS SO ORDERED.**

Dated: April 22, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge