# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN CLINE<br><br>        Plaintiff,<br><br>   v.<br><br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>        Defendants. | No.  2:22-cv-02335-MWF-KSx<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR STAY**<br><br>**Date Action Filed:  April 7, 2022**<br>**Trial Date: TBD** |

# [PROPOSED] ORDER

Having considered the parties' joint request for a stay of litigation and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The litigation in this matter continues to be stayed; and

2. The parties shall file a status report with the Court by July 16, 2025. If the parties do not report continued progress toward settlement, the status report must contain proposed revised litigation dates for this matter.

    a. If the parties have reached or are close to a class settlement, the status report shall include a proposed schedule for the class settlement approval process consistent with Rule 23 of the Federal Rules of Civil Procedure.

    b. If the parties are at an impasse, the status report shall propose new litigation dates for this matter.

IT IS SO ORDERED.

DATED: _____          _____

                                                MICHAEL W. FITZGERALD
                                                United States District Judge