**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN CLINE, <br><br> Plaintiff, <br><br> v. <br><br> WEST LOS ANGELES COLLEGE, et al., <br><br> Defendants. | Case No. CV 22-2335-MWF(KSx) <br><br> ORDER GRANTING REQUEST FOR STAY |

The Court has reviewed the parties' Joint Status Report, filed June 16, 2025. (Docket No. 84). For good cause shown, the Court ORDERS as follows:

1. The litigation in this matter continues to be stayed.
2. The parties shall file a Joint Status Report no later than **July 16, 2025**.
   a. If the parties do not report continued progress toward settlement the status report must include proposed revised litigation dates for this matter.
   b. If the parties have reached or are close to a class settlement, the status report shall include a proposed schedule for the class settlement approval process consistent with Rule 23 of the Federal Rules of Civil Procedure.

1          c. If the parties are at an impasse, the status report shall propose new

2             litigation dates for this matter.

3     **IT IS SO ORDERED.**

4

5 Dated: June 18, 2025            _____

6                               MICHAEL W. FITZGERALD
                              United States District Judge