JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBIN CLINE,

Plaintiff,

v.

WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,

Defendants.

Case No. 2:22-cv-02335-MWF(KSx)

**JUDGMENT WITH CONTINUED JURISDICTION OF THE COURT FOR PURPOSES OF ENFORCEMENT OF THE TERMS OF THE SETTLEMENT**

# JUDGMENT

Pursuant to the Class Action Settlement ("Agreement") in this matter attached hereto as Exhibit 1, the Fees Settlement Agreement ("Fees Agreement") attached hereto as Exhibit 2, and for the reasons set forth in this Court's Order granting final approval of the Agreement pursuant to Federal Rule of Civil Procedure 23 (Dkt. 118) ("Final Order"), dated August 5, 2026, this Court hereby enters judgment in this matter.

Pursuant to Federal Rule of Civil Procedure 23(c)(3)(A) the Court identifies the following class under Federal Rule of Civil Procedure 23(b)(2) as subject to this judgment:

> All individuals who have disabilities that make it difficult to navigate long distances, up inclines, and/or on uneven terrain, and attend, would like to attend, or will attend on-campus classes or events at West Los Angeles College.

The terms of the Agreement and the findings from this Court's Final Order are hereby incorporated by reference into this Judgment for purposes of enforcement of those terms and release of claims. Pursuant to the Agreement, the Court will retain jurisdiction for purposes of enforcement for a period of two years after the completion of the requirements set forth in Sections B through E of the Agreement. *See* Agreement at ¶43. At the conclusion of the continued jurisdiction the parties are directed to file a notice to the Court that the enforcement period is complete, and the Court's jurisdiction is terminated. This notice is to be filed no later than 15 days after the parties agree that two years have passed since the requirements of Sections B through E of the Agreement have been satisfied.

Pursuant to the Fees Agreement and the Court's Final Order, Defendants are ordered to pay Class Counsels' attorneys' fees and costs in the amount of $1,960,000. This amount is ordered to be paid within 45 days of the order awarding fees and final approval of the Class Action Settlement, which was issued on August 5, 2026.

Defendants shall submit payment to Disability Rights California, subject to Disability Rights California timely providing Defendants with their tax identification number. Under these provisions, payment of attorneys' fees and costs is due no later than September 21, 2026.

Pursuant to the Agreement and the Court's Final Order, Defendants are ordered to pay $40,000 for damages payment to Plaintiff Robin Cline within thirty days from final approval of the settlement agreement. This amount will be paid by way of a check made payable to Disability Rights California and shall be sent no later than September 4, 2026.

IT IS SO ORDERED.

Dated: September 9, 2026

MICHAEL W. FITZGERALD
United States District Judge